**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------x
In re:

  Christine Persaud

                                            Case No. 10-44815-ess

        Debtor                         Chapter: 11

-------------------------------x

**TRANSMITTAL OF *COMPLETE* RECORD ON APPEAL**

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal having been filed herein by Mendel Zilberberg, Esq on behalf of Caring Home Care Agency on **November 17, 2011.**

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 8007(b):

1. **Notice of Appeal dated November 17, 2011.**
2. **Order Granting in Part Motion for 2004 Examination of Caring Home Care Agency**
3. **Civil Cover Sheet**
4. **Appellant Designation**

                                                    **Robert A Gavin, Jr., Clerk of Court**

                                            **By:**   *S/ A Dobson*
                                                        **Appeals Clerk**

Dated: Brooklyn, New York
       December 30, 2011